# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELBIS, MARIA ARCAYA C | § | Case No. 13-08092 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> KENNETH S. GARDNER
> CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/23/2013 in Courtroom 742,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/11/2013                    By: /s/ Barry A. Chatz, Trustee
                                               Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Maria Arcaya C Belbis  
    Debtor

Case No. 13-08092-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: vrowe  Page 1 of 2  Date Rcvd: Sep 27, 2013  
Form ID: pdf006  Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2013.

```
db         +Maria Arcaya C Belbis,    5232 S Ridgeway,    Chicago, IL 60632-3743
20112780   +Anthony Fleming,    122 Lakeside Drive,    Wakerton, IN 46574-9530
20112782    Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
20112785  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court: Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20507,
            Kansas City, MO 64195)
20112786    CITIBANK SD, NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
20112783   +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
20112784    Chase Home Finance,    P.O. Box 44118,    Jacksonville, FL 32231-4118
20733018    CitiMortgage, Inc.,    POB 6030,    Sioux Falls, SD 57117-6030
20112787    City Mortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
20112788   +City Shell,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
20112790   +HFC - USA,    P.O. Box 3425,    Buffalo, NY 14240-3425
20112792   +HSBC BAnk,    P.O. Box 5253,    Carol Stream, IL 60197-5253
20112791   +Hinsdale Orthopaedics,    P.O. Box 914,    La Grange, IL 60525-0914
20869629  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,    successor to CHASE BANK USA N.A.,
            PO Box 41067,    Norfolk, VA 23541)
20112794    Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
20112795   +TARGET Visa,    P.O. Box 673,    Minneapolis, MN 55440-0673
20112797   +WFF CARDS,    PO BOX 5943,    Sioux Falls, SD 57117-5943
20112796   +Wells Fargo,    711 West Broadway,    Tempe, AZ 85282-1218
20530110    Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20112781   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 28 2013 01:30:34     Aurora Loan Servics,
            10350 Park Meadows Drive,    Lone Tree, CO 80124-6800
20506420    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2013 01:40:51     Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20112789   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2013 01:40:51     Discover Financial,
            Attention: Bankruptcy Department,    P.O. Box 3025,    New Albany, OH 43054-3025
20112793    E-mail/Text: cio.bncmail@irs.gov Sep 28 2013 01:25:32     Internal Revenue Service,
            230 S Dearborn Street,    Ste 3030,    Chicago, IL 60604
20604100    E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2013 01:32:27
            Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20604319    E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2013 01:32:28
            Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
            Kirkland, WA  98083-0788
20545566   +E-mail/Text: LEGALNOTICES@DEVAL.US Sep 28 2013 01:34:13     U.S. Department of HUD,
            c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
                                                                                            TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20867777*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,
            successor to CITIBANK (SOUTH DAKOTA), N.,    POB 41067,    Norfolk VA 23541)
20867779*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,
            successor to HSBC CONSUMER LENDING (USA),    POB 41067,    Norfolk VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2013           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: vrowe                  Page 2 of 2                  Date Rcvd: Sep 27, 2013
                               Form ID: pdf006              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2013 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Helena  Milman    on behalf of Debtor Maria Arcaya C Belbis hmilman@elanlawgroup.com,
               hmilman@pacernotice.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Dillon    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 4
```