UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
BELBIS, MARIA ARCAYA C § Case No. 13-08092
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARIA ARCAYA C BELBIS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aurora Loan Services 10350 Park Meadows Drive Lone Tree, CO 80124 |  |  |  |  |  |
|  | Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance P.O. Box 44118 Jacksonville, FL 32231-4118 | | | | | |
| | City Mortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Wells Fargo 711 West Broadway Tempe, AZ 85282 | | | | | |
| 000007 | CITIMORTGAGE, INC. | | | | | |
| 000004 | U.S. DEPARTMENT OF HUD | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 S Dearborn Street Ste 3030 Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIBANK SD, NA PO Box 6241 Sioux Falls, SD 57117-6241 | | | | | |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | City Shell P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Discover Financial Attention: Bankruptcy Department P.O. Box 3025 New Albany, OH 43054 | | | | | |
| | HFC - USA P.O. Box 3425 Buffalo, NY 14240 | | | | | |
| | HSBC BAnk P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hinsdale Orthopaedics P.O. Box 914 La Grange, IL 60525 | | | | | |
| | Santander Consumer USA P.O. Box 660633 Dallas, TX 75266-0633 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TARGET Visa P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| | WFF CARDS PO BOX 5943 Sioux Falls, SD 57117 | | | | | |
| | WFF CARDS PO BOX 5943 Sioux Falls, SD 57117 | | | | | |
| 000003 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | QUANTUM3 GROUP - COMENITY BANK | | | | | |
| 000006 | QUANTUM3 GROUP - GALAXY ASSET PURCH | | | | | |
| 000002 | WELLS FARGO BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-08092 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | BELBIS, MARIA ARCAYA C | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | | | 341(a) Meeting Date: | 04/19/13 |
| For Period Ending: | 09/19/14 | | | Claims Bar Date: | 08/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5232 S. Ridgeway, Chicago IL 60632 | 169,000.00 | 0.00 | | 0.00 | FA |
| 2. 790 W 163rd Place Tinley Park, IL 60477 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3. 122 Lakeside Drive Wakerton, IN | 85,000.00 | 1,269.00 | | 0.00 | FA |
| 4. Financial Accounts | 1,900.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 12. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 12,500.00 | 0.00 | | 0.00 | FA |
| 14. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 15. TAX REFUNDS, OTHER (u) Federal Income Tax Refund | 0.00 | 9,035.35 | | 9,035.35 | FA |
| 16. TAX REFUNDS, OTHER (u) State of Illinois Income Tax Refund | 0.00 | 1,972.00 | | 1,972.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $395,200.00      $12,276.35      $11,007.35      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 13-08092    Doc 32    Filed 10/14/14    Entered 10/14/14 14:41:37    Desc Main
Document    Page 9 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-08092    CAD    Judge: CAROL A. DOYLE | Trustee Name:    BARRY A. CHATZ |
| Case Name: | BELBIS, MARIA ARCAYA C | Date Filed (f) or Converted (c):    02/28/13 (f) |
| | | 341(a) Meeting Date:    04/19/13 |
| | | Claims Bar Date:    08/16/13 |

ALL FUNDS DISTRIBUTED; PREPARE TDR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-08092 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | BELBIS, MARIA ARCAYA C | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9360 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0094 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/13 | 15 | United States Treasury | TAX REFUND | 1224-000 | 9,035.35 | | 9,035.35 |
| 05/15/13 | 16 | Maria C. Belbis | TAX REFUND | 1224-000 | 1,972.00 | | 11,007.35 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,997.35 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 15.82 | 10,981.53 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,965.20 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 16.30 | 10,948.90 |
| 10/29/13 | 300001 | BARRY A. CHATZ  120 S. RIVERSIDE PLAZA  SUITE 1200  CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,668.04 | 9,280.86 |
| | | | Fees         1,640.74 | 2100-000 | | | |
| | | | Expenses        27.30 | 2200-000 | | | |
| 10/29/13 | 300002 | MARIA ARCAYA C BELBIS | Claim 000011, Payment 100.00% | 8100-002 | | 2,100.00 | 7,180.86 |
| 10/29/13 | 300003 | DISCOVER BANK  DB SERVICING CORPORATION  PO BOX 3025  NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 18.22% | 7100-000 | | 860.83 | 6,320.03 |
| 10/29/13 | 300004 | WELLS FARGO BANK NA  PO BOX 10438  DES MOINES IA 50306-0438 | Claim 000002, Payment 18.22%  (2-1) UNSECURED CLAIM | 7100-000 | | 355.20 | 5,964.83 |
| 10/29/13 | 300005 | CITIBANK (SOUTH DAKOTA) NA  PO BOX 10438  DES MOINES IA 50306-0438 | Claim 000003, Payment 18.22%  (3-1) UNSECURED CLAIM | 7100-000 | | 1,111.55 | 4,853.28 |
| 10/29/13 | 300006 | QUANTUM3 GROUP-COMENITY BANK AGENT  PO BOX 788  KIRKLAND, WA 98083-0788 | Claim 000005, Payment 18.22%  (5-1) UNSECURED DEBT | 7100-000 | | 183.13 | 4,670.15 |
| 10/29/13 | 300007 | QUANTUM3 GROUP - GALAXY ASSET PURCHAS | Claim 000006, Payment 18.22%  (6-1) UNSECURED DEBT | 7100-000 | | 521.35 | 4,148.80 |

Page Subtotals    11,007.35    6,858.55

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-08092 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | BELBIS, MARIA ARCAYA C | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9360 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0094 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/13 | 300008 | PO BOX 788<br>KIRKLAND, WA 98083-0788<br>PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CITIBANK (SOUTH DAKOTA) NA | Claim 000008, Payment 18.22% | 7100-000 | | 244.67 | 3,904.13 |
| 10/29/13 | 300009 | POB 41067<br>NORFOLK VA 23541<br>PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO HSBC CONSUMER LENDING (USA) | Claim 000009, Payment 18.22% | 7100-000 | | 1,752.15 | 2,151.98 |
| 10/29/13 | 300010 | POB 41067<br>NORFOLK VA 23541<br>PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CHASE BANK USA N.A.<br>PO BOX 41067<br>NORFOLK, VA 23541 | Claim 000010, Payment 18.22% | 7100-000 | | 2,151.98 | 0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 11,007.35 | 11,007.35 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,007.35 | 11,007.35 | |
| Less: Payments to Debtors | | 2,100.00 | |
| Net | 11,007.35 | 8,907.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******9360 | 11,007.35 | 8,907.35 | 0.00 |
| | 11,007.35 | 8,907.35 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 4,148.80

Ver: 18.01

LFORM24

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-08092 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | BELBIS, MARIA ARCAYA C | Bank Name: | BANK OF NEW YORK MELLON |
|  |  | Account Number / CD #: | *******9360 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0094 |  |  |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********9360)

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.01